The Honorable Marsha J. Pechman

UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY FOX, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>LOANCARE, LLC, a Virginia limited liability company<br><br>Defendant. | NO. 2:19-cv-00366 MJP<br><br>**ORDER TO EXTEND ANSWER DATE**<br><br>*HEARING DATE: APRIL 22, 2019*<br><br>*WITHOUT ORAL ARGUMENT* |

This matter came before the Court on the parties' second stipulated motion to extend the deadline for answering the complaint from April 22, 2019 to April 29, 2019. Premised upon the parties' agreement, it is ordered that the defendant shall file its answer on or before April 29, 2019.

DATED this _23rd___ day of _____April_____, 2019

_____
Marsha J. Pechman
United States Senior District Judge

ORDER TO EXTEND ANSWER DATE - 1